UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| ESSEX INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 1:15-cv-00077-LMB-JFA |
| KAZI INVESTMENT GROUP, INC., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SOVANA GLOBAL LOGISTICS, LLC, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| RAYTHEON TECHNICAL SERVICES COMPANY LLC, | ) | |
| | ) | |
| Defendant in Intervention. | ) | |
| | ) | |

## ORDER DISMISSING CASE AND DISSOLVING RESTRAINING ORDER

The matter before the Court is the Consent Motion to Dismiss All Claims and Dissolve Restraining Order (the "Motion"), filed on behalf of Plaintiff Essex Industries, Inc. ("Essex"), and Defendants Kazi Investment Group, Inc. ("KIG") and Raytheon Technical Services Company LLC ("Raytheon"). Defendant Global Logistics, LLC ("Sovana") has not entered an appearance in this case.

The parties to the Motion request that this Court dismiss with prejudice all claims and affirmative defenses asserted in the case, and they further request that the Court dissolve the restraining order entered on January 23, 2015, by which this Court prevented Sovana from dispersing any of the Essex Goods (as described in Plaintiff's Complaint, Dkt. #1) without leave

of Court (the "Restraining Order"; Docket Order, Dkt. #10).

Based on the record as a whole, and for good cause shown, the Court enters its Order as follows:

1. The Motion is GRANTED, and Plaintiff's Complaint and Raytheon's affirmative defenses are dismissed with prejudice, each party to bear its own costs.

2. The Restraining Order is dissolved and has no further force or effect and Sovana may ship the Essex Goods at Raytheon's direction.

3. All other motions and requests in this case are denied as moot.

4. This case is dismissed with prejudice.

Dated: March 31, 2015

/s/ _____
Leonie M. Brinkema
United States District Judge